UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA ELENA CASTRO GONZALEZ,
individually and as Personal Representative
of the Estate of JOSE H. GONZALEZ,

    Plaintiffs,

v.                                              Case No.: 6:08-cv-01279-MSS-DAB

A & J TIRE SERVICE, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant A & J Tire Service, LLC's Motion to Dismiss Plaintiff's Complaint and/or for More Definite Statement ("the Motion") (Dkt. 11), filed on September 15, 2008. On October 17, 2008, the United States Magistrate Judge issued a Report and Recommendation (Dkt. 15) recommending that the Motion be denied and the case be consolidated for pretrial purposes. Neither party filed objections to the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), *cert. denied,* 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that

the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See* Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. The consolidation of the case with Gonzalez v. Ford Motor Co., 6:08-cv-00315-MSS-DAB, for pre-trial discovery purposes only will be entered under a separate order. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Motion (Dkt. 11) is **DENIED without prejudice**.

**DONE AND ORDERED** in Orlando, Florida on this 25th day of November, 2008.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record